**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELL AND NETWORK SELECTION LLC, | § § § | |
| | § | CIVIL ACTION NO. 6:13-CV-403 |
| vs. | § § | |
| AT&T MOBILITY LLC, *et al*. | § | |
| | | |
| CELL AND NETWORK SELECTION LLC, | § § § | |
| vs. | § | CIVIL ACTION NO. 6:13-CV-404 |
| | § | |
| METROPCS COMMUNICATIONS, INC., *et al*. | § § § | |

**ORDER**

Absent an objection for good cause by October 4, 2013, the Court **APPOINTS** Scott Woloson of the Law Office of Scott Woloson, P.C. to the position of technical advisor in this case, with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed.

So ORDERED and SIGNED this 26th day of September, 2013.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE