**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELL AND NETWORK SELECTION LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:13-cv-00403-LED-KNM |
| AT&T INC., AT&T MOBILITY LLC, SIERRA WIRELESS, INC., and SIERRA WIRELESS AMERICA, INC., | § § § § § | **Jury Trial Demanded** |
| Defendants. | § § | |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE
OF DEFENDANTS SIERRA WIRELESS, INC.
<u>AND SIERRA WIRELESS AMERICA, INC.</u>**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Cell and Network Selection LLC ("CNS") and Defendants Sierra Wireless, Inc. and Sierra Wireless America, Inc. (collectively, "Sierra Wireless" or "Defendants") hereby jointly move for dismissal *with prejudice* of all claims by CNS against Sierra Wireless and all counterclaims of Sierra Wireless against CNS.

The parties further move this Court to order that all costs and expenses relating to this litigation shall be borne by the party incurring same, and that all rights of appeal are waived. A proposed Order accompanies this Motion pursuant to Local Court Rule CV-7(a).

Dated: October 3, 2013   Respectfully submitted,

By: /s/ Ronald F. Lopez
    Ronald F. Lopez
    California State Bar No. 111756
    rflopez@nixonpeabody.com
    **NIXON PEABODY LLP**
    One Embarcadero Center, 18th Floor
    San Francisco, CA 94111–3600
    Tel.: 415.984.8200
    Fax: 415.984.8300

**ATTORNEYS FOR DEFENDANTS SIERRA WIRELESS, INC., AND SIERRA WIRELESS AMERICA, INC.**

By: /s/ Andrew G. DiNovo
    Andrew G. DiNovo
    Texas State Bar No. 00790594
    adinovo@dpelaw.com
    Adam G. Price
    Texas State Bar No. 24027750
    aprice@dpelaw.com
    Chester J. Shiu
    Texas State Bar No. 24071126
    cshiu@dpelaw.com
    John D. Saba, Jr.
    Texas State Bar No. 24037415
    jsaba@dpelaw.com
    **DINOVO PRICE ELLWANGER & HARDY LLP**
    7000 N. MoPac Expressway
    Suite 350
    Austin, Texas 78731
    Telephone: (512) 539-2626
    Telecopier: (512) 539-2627

    Eric M. Albritton
    Texas Bar No. 00790215
    ema@emafirm.com
    Michael A. Benefield
    Texas State Bar No. 24073408
    mab@emafirm.com
    **ALBRITTON LAW FIRM**
    P.O. Box 2649
    Longview, Texas 75606
    Telephone: (903) 757-8449
    Facsimile: (903) 758-7397

**ATTORNEYS FOR PLAINTIFF CELL AND NETWORK SELECTION LLC**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 3rd day of October, 2013.

                                                   /s/ Andrew G. DiNovo
                                                      Andrew G. DiNovo