**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELL AND NETWORK SELECTION LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:13-cv-00403-LED-KNM |
| | § | |
| AT&T INC., AT&T MOBILITY LLC, | § | **Jury Trial Demanded** |
| SIERRA WIRELESS, INC., and | § | |
| SIERRA WIRELESS AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANTS SIERRA WIRELESS, INC.
AND SIERRA WIRELESS AMERICA, INC.**

The Joint Motion for Dismissal pursuant to FED. R. CIV. P. 41(a) as to Defendants Sierra Wireless, Inc. and Sierra Wireless America, Inc. (collectively, "Sierra Wireless" or "Defendants") is hereby granted.  All claims of Plaintiff Cell and Network Selection LLC ("CNS") against Defendant Sierra Wireless and all counterclaims of Defendant Sierra Wireless against CNS shall be, and are hereby, DISMISSED WITH PREJUDICE.  Each party shall bear its own costs in connection herewith.

**So ORDERED and SIGNED this 7th day of October, 2013.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**