# EXHIBIT 2

6,195,551: AT&T, INC. AND AT&T MOBILITY LLC'S LTE USER EQUIPMENT

| | |
|---|---|
| ii) monitoring a paging channel having a neighbor list of the active base station which has a plurality of neighbor base stations in synchronization with the first pilot channel; | The Accused System and Method is configured to receive a neighbor list of the active base station which has a plurality of neighbor base stations (neighbor cell information).<br><br>**4.4 Functions**<br><br>The RRC protocol includes the following main functions:<br>- Broadcast of system information:<br>  - Including NAS common information;<br>  - Editor's note: It seems there is no NAS common information anymore<br>  - Information applicable for UEs in RRC_IDLE, e.g. cell (re-)selection parameters, neighbouring cell information and information (also) applicable for UEs in RRC_CONNECTED, e.g. common channel configuration information.<br>  - Including ETWS notification;<br>- RRC connection control:<br><br>**4.2 Architecture**<br><br>**4.2.1 UE states and state transitions including inter RAT**<br><br>A UE is in RRC_CONNECTED when an RRC connection has been established. If this is not the case, i.e. no RRC connection is established, the UE is in RRC_IDLE state. The RRC states can further be characterised as follows:<br>- RRC_IDLE:<br>  - A UE specific DRX may be configured by upper layers.<br>  - UE controlled mobility;<br>  - The UE:<br>    - Monitors a Paging channel to detect incoming calls, system information change, and for ETWS capable UEs, ETWS notification;<br>    - Performs neighbouring cell measurements and cell (re-)selection;<br>    - Acquires system information.<br><br>**Source**: 3GPP TS 36.331 Version 8.4.0 (2008-12). |

*Cell and Network Selection, LLC v. AT&T, Inc., AT&T Mobility LLC, et al.* (Civil Action No. 6:11-CV-706-LED)
CNS's P. R. 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions to AT&T, Inc., and AT&T Mobility LLC
Page 36

6,195,551: AT&T, INC. AND AT&T MOBILITY LLC'S LTE USER EQUIPMENT

| | |
|---|---|
| | The Accused System and Method receives system information (including a neighbor list as per the previous slide) on a paging channel (Broadcast Channel (BCH)).<br><br>**5.2 System information**<br><br>**5.2.1 Introduction**<br><br>**5.2.1.1 General**<br><br>System information is divided into the *MasterInformationBlock* (MIB) and a number of *SystemInformationBlocks* (SIBs). The MIB includes a limited number of most essential and most frequently transmitted parameters that are needed to acquire other information from the cell, and is transmitted on BCH. SIBs other than *SystemInformationBlockType1* are carried in *SystemInformation* (SI) messages and mapping of SIBs to SI messages is flexibly configurable by *schedulingInfoList* included in *SystemInformationBlockType1*, with restrictions that: each SIB is contained only in a single SI message, only SIBs having the same scheduling requirement (periodicity) can be mapped to the same SI message, and *SystemInformationBlockType2* is always mapped to the SI message that corresponds to the first entry in the list of SI messages in *schedulingInfoList*. There may be multiple SI messages transmitted with the same periodicity. *SystemInformationBlockType1* and all SI messages are transmitted on DL-SCH.<br><br>**Source**: 3GPP TS 36.331 Version 8.4.0 (2008-12).<br><br>The 3GPP LTE standards describe that the pilot channel (cell specific reference signal) is transmitted in all downlink subframes. |

*Cell and Network Selection, LLC v. AT&T, Inc., AT&T Mobility LLC, et al.* (Civil Action No. 6:11-CV-706-LED)
CNS's P. R. 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions to AT&T, Inc., and AT&T Mobility LLC
Page 37