## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **CELL AND NETWORK SELECTION LLC,** | § § § | |
| | § | **CIVIL ACTION NO. 6:13-CV-403** |
| **vs.** | § § | |
| **AT&T MOBILITY LLC,** *et al.* | § | |

### ORDER TO PAY TECHNICAL ADVISOR

Previously, the Court appointed Scott Woloson as technical consultant to the Court in this action with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The Court has received Mr. Woloson's invoice for services through December 6, 2013 in the amount of $25,973.62 and herby **ORDERS** payment to be promptly made to Mr. Woloson at the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055 as follows:

| | |
|---|---|
| Plaintiff: | $12,986.81 |
| Defendants: | $12,986.81 |
| Total: | $25,973.62 |

As there are multiple Defendants in this matter, the Court further **ORDERS** AT&T, Inc. to collect each remaining Defendant's portion of the payment and make a single collective payment to Mr. Woloson in the amount of $12,986.81.

So ORDERED and SIGNED this 11th day of December, 2013.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE