IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELL AND NETWORK SELECTION LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:13-cv-403-LED-KNM |
| v. | § § | |
| AT&T INC., *et al.*, | § § | **Jury Trial Demanded** |
| | § § | |
| Defendants. | § | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT ZTE'S MOTION TO STRIKE SECOND AMENDED INFRINGEMENT CONTENTIONS AND IN THE <u>ALTERNATIVE MOTION FOR LEAVE UNDER P.R. 3-6(b)</u>**

Plaintiff Cell and Network Selection, LLC, ("Plaintiff" or "CNS"), files this Response to the Defendants ZTE Corporation, ZTE (USA) Inc., and ZTE Solutions Inc.'s (collectively "ZTE") Motion to Strike (Doc. No. 201) (filed August 21, 2014) (herein collectively, "Motion to Strike").

On August 8, 2014, Defendants MetroPCS Communications, Inc., MetroPCS Wireless, Inc., and MetroPCS Texas, LLC's (collectively, "MetroPCS") filed their Motion to Strike (Doc. No. 197.

On August 21, 2014, ZTE also filed its Motion to Strike (Doc. No. 201) with substantively the same arguments previously advanced by MetroPCS.

On August 27, 2014, for the Court's convenience, Plaintiff CNS filed one consolidated response to both Motions to Strike titled "Plaintiff's Consolidated Response in Opposition to Defendants' Motion to Strike Second Amended Infringement Contentions and in the Alternative Motion for Leave Under P.R. 3-6(b)." (Doc. No. 207). Plaintiff's Consolidated Response addresses all arguments raised by MetroPCS and ZTE. Thus, CNS incorporates by reference

herein, its responsive briefing as set forth in Plaintiff's Consolidated Response in Opposition to Defendants' Motion to Strike Second Amended Infringement Contentions and in the Alternative Motion for Leave Under P.R. 3-6(b).  (Doc. No. 207).

Respectfully submitted,

Dated:  August 27, 2014                                By: /s/ *John D. Saba*
                                                                         Andrew G.  DiNovo
                                                                         Texas State Bar No. 00790594
                                                                         Adam G. Price
                                                                         Texas State Bar No. 24027750
                                                                         John D. Saba, Jr.
                                                                         Texas State Bar No. 24037415
                                                                         **DiNovo Price Ellwanger & Hardy LLP**
                                                                         7000 N. MoPac Expressway, Suite 350
                                                                         Austin, Texas  78731
                                                                         Telephone:  (512) 539-2626
                                                                         Telecopier:  (512) 539-2627

                                                                         Eric M. Albritton
                                                                         Texas State Bar No. 00790215
                                                                         Albritton Law Firm
                                                                         P.O. Box 2649
                                                                         Longview, Texas 75606
                                                                         Telephone:  (903) 757-8449
                                                                         Facsimile:  (903) 758-7397
                                                                         ema@emafirm.com

                                                                         **ATTORNEYS FOR CELL AND NETWORK SELECTION, LLC**

## CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 27th day of August, 2014.

                                                         /s/ *John D. Saba*
                                                         John D. Saba, Jr.